IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN RICHARDSON,

        Petitioner,               No. CIV S-08-3091 EFB P

    vs.

SACRAMENTO SUPERIOR COURT,

        Respondent.          ORDER

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915.

        Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

        A petitioner seeking a writ of habeas corpus must name as respondent the person having custody over him. 28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases. This person ordinarily is the warden of the facility where petitioner is confined. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994). Petitioner names as respondent the Sacramento Superior Court, which is not the person who has custody over petitioner. Petitioner has not named the proper respondent.

////

1

1     Accordingly, it is ORDERED that:

2     1.  Petitioner's request for leave to proceed *in forma pauperis* is granted.

3     2.  The December 22, 2008, petition is dismissed with leave to file an amended petition
4 naming the proper respondent within 30 days of the date of this order.  Petitioner's failure to file
5 an amended petition will result in this action being dismissed.

6     3.  The Clerk of the Court is directed to send to petitioner the form Petition for a Writ of
7 Habeas Corpus used in this court.

8 Dated: February 18, 2009.

                       EDMUND F. BRENNAN
                       UNITED STATES MAGISTRATE JUDGE