IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN RICHARDSON,

    Petitioner,                  No. CIV S-08-3091 EFB P

    vs.

CAPTAIN SHEEHAN,

    Respondent.                ORDER

_____/

       Petitioner, confined in a county correctional center, proceeds without counsel and seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 1, 2009, the court dismissed petitioner's second amended petition and granted petitioner leave to file a third amended petition naming the proper respondent. On May 8, 2009, petitioner filed a third amended petition naming the proper respondent, however, it does not assert any grounds for relief and appears to reference prior petitions filed in this action.

       Pursuant to the Local Rules, "every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by Court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading." L.R. 15-220. This is because, as a general rule, an amended complaint supersedes an earlier complaint. *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967).

1

1 | Since petitioner has not complied with the rules applicable to amended pleadings, the
2 | court will order petitioner to file a fourth amended petition, complete in itself, without reference
3 | to any prior petitions.

4 | Accordingly it is hereby ORDERED that the May 8, 2009 petition is dismissed with
5 | leave to file a fourth amended petition within 30 days of the date of this order. The fourth
6 | amended petition must be complete in itself, without reference to any prior petitions and must
7 | also name the proper respondent. Petitioner's failure to comply with this order will result in
8 | dismissal. The Clerk of the Court is directed to send to petitioner the form Petition for a Writ of
9 | Habeas Corpus used in this court.

10 | Dated: June 1, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE