IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN RICHARDSON,

    Petitioner,                    No. CIV S-08-3091 EFB P

    vs.

CAPTAIN SHEEHAN,

    Respondent.                 ORDER

_____/

        Petitioner, confined in a county correctional center, proceeds without counsel and seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. This case is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

        On June 2, 2009, the court dismissed petitioner's third amended petition for failure to specify the grounds for relief in his petition and for failing to file a petition that is complete in itself without reference to any prior petitions. *See* Rule 2(c), Rules Governing § 2254 Cases; E.D. Cal. L.R. 15-220. The court gave petitioner 30 days to file a fourth amended petition correcting those deficiencies and warned petitioner that failure to file an amended petition would result in dismissal.

        On July 13, 2009, petitioner filed 74 pages with the court, consisting of filings from the Sacramento County Superior Court, the Stanislaus County Superior Court, this district (including

1 this action as well as another action, No. 08-cv-3027 GGH), and copies of several cases decided
2 by the California Supreme Court.  However, the 30-day period has expired and petitioner has not
3 filed an amended petition or otherwise complied with the court's order.
4      Accordingly, it is hereby ORDERED that this action is dismissed.  *See* Rules 2(c), 4,
5 Rules Governing § 2254 Cases.
6 Dated:  July 16, 2009.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE